■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL MARK, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, Bronx County (Lawrence H. Bernstein, J.), rendered on or about June 15, 2004, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Williams, Catterson and Malone, JJ.